No. 86–5963. TAYLOR v. ILLINOIS, 484 U. S. 400. Petition for rehearing denied. JUSTICE KENNEDY took no part in the consideration or decision of this petition.

MARCH 29, 1988

No. A–741 (87–6700). SELVAGE v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, granted pending the disposition by this Court of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay terminates automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the sending down of the judgment of this Court. THE CHIEF JUSTICE, JUSTICE WHITE, and JUSTICE O'CONNOR would deny the application for stay and the petition for writ of certiorari.

MARCH 30, 1988

No. 87–1042. ZERINGUE ET AL. v. LOUISIANA DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT. Ct. App. La., 5th Cir. Certiorari dismissed under this Court's Rule 53.

APRIL 4, 1988

No. 87–609. SHELL OIL CO. v. DIRECTOR OF REVENUE OF MISSOURI. Appeal from Sup. Ct. Mo. dismissed for want of substantial federal question.

No. 87–1212. GREENE ET AL. v. MIRABEL, DEPUTY COMMISSIONER, NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL, ET AL. Appeal from App. Div., Sup. Ct. N. Y., 1st Jud. Dept., dismissed for want of substantial federal question.

No. 87–1345. LEAVELLE v. CALIFORNIA. Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.